**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

JOHN RUFUS PAYNE                                                                                      PLAINTIFF

v.                                            3:13CV00184-SWW-JTK

BECKY HITT, et al.                                                                                      DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. The Clerk of the Court sent a copy of the proposed findings and recommendations to plaintiff. The mail was returned to the Clerk marked "Not at this Address."

*Pro se* plaintiffs have an obligation to inform the Clerk of any change in address. *See* Local Rule 5.5(c)(2). Because plaintiff failed to notify the Clerk of his change of address, the Court dismisses plaintiff's complaint without prejudice.

IT IS SO ORDERED this 25th day of October, 2013.


                                                                        /s/Susan Webber Wright
                                                                    UNITED STATES DISTRICT JUDGE