**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

JOHN RUFUS PAYNE                                                                                    PLAINTIFF

v.                                            3:13CV00184-SWW-JTK

BECKY HITT, et al.                                                                                  DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, dismissed without prejudice.

IT IS SO ORDERED this 25th day of October, 2013.

                                              /s/Susan Webber Wright
                                      UNITED STATES DISTRICT JUDGE